## Commonwealth *v.* Brown, Appellant.

Argued September 13, 1966. *John W. Packel,* Assistant Defender, with him *Melvin Dildine,* Assistant Defender, and *Herman I. Pollock,* Defender, for appellant; *Michael J. Rotko,* Assistant District Attorney, with him *Alan J. Davis,* Assistant District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

HOFFMAN, J., dissents on Bill No. 807 because there was insufficient evidence of guilt to support the verdict of guilty as to the use of narcotics by appellant.